**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THOMAS FOUGERE,**

    **Plaintiff,** :

  v.                                 Case No. 2:24-cv-4288
                                     Chief Judge Sarah D. Morrison
                                     Magistrate Judge Elizabeth A.
                                     Preston Deavers

**PATTI FROELICH,** *et al.***,** :

    **Defendants.**

## ORDER

On February 5, 2025, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Thomas Fougere's Motion for Leave to Proceed *in Forma Pauperis* (ECF No. 1) be denied. (R&R, ECF No. 6.) Although Mr. Fougere was advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so (*see* R&R, 3), no objections have been filed. The Report and Recommendation is thus **ADOPTED** and **AFFIRMED**. For the reasons therein, the Motion for Leave to Proceed *in Forma Pauperis* (ECF No. 1) is **DENIED**. Mr. Fougere is **ORDERED** to pay the $405 filing fee **within fourteen days** if he wishes to proceed in this action.

    **IT IS SO ORDERED.**

                                                     /s/ Sarah D. Morrison
                                                     **SARAH D. MORRISON, CHIEF JUDGE**
                                                     **UNITED STATES DISTRICT COURT**